[No. 9877.   Department Two.   May 22, 1912.]

FREDA DYER, *Appellant*, v. S. S. DYER, *Respondent*.[1]

APPEAL—DECISION—JUDGMENT AGAINST SURETY — RECALL OF RE-
MITTITUR.   Where the supreme court inadvertently omitted to enter
judgment for costs against both sureties, the remittitur will be re-
called and the proper judgment entered.

APPEAL—JUDGMENT FOR COSTS—SURETIES—OFFSET.   Upon motion
to recall a remittitur to enter proper judgment for the costs allowed
against sureties on an appeal bond, the surety cannot urge an offset
on account of expense incurred.

Motion to recall remittitur and enter judgment for costs
against surety; and counter petition for offset against costs.
Motion granted and petition denied.

*H. W. Leuders,* for appellant.

*Garvey, Kelly & MacMahon,* for respondent.

PER CURIAM.—Upon the appeal bond in this case, Fred
McKee and the National Surety Company appeared as sure-
ties.   The judgment and remittitur of this court, upon af-
firmance of the judgment below, inadvertently omitted the
name of Fred McKee, and gave judgment against the other
surety only.   The National Surety Company now moves this
court to recall the remittitur and enter judgment against
both sureties.   Such is the manifest duty of this court, and
it will be so ordered.

In this connection Fred McKee files a petition in which he
sets forth the expense incurred by him in the support and
maintenance of the minor children whose custody was in-
volved in the judgment appealed from, and asks that, for
such reason, he be relieved from the payment of the costs on
appeal.   Such a petition cannot be considered by us.   We
know of no rule that would permit of such an offset against

[1]Reported in 123 Pac. 774.

costs properly awarded on appeal. The petition of Fred McKee for relief is therefore denied.

The remittitur will be recalled and judgment for costs and the whole thereof entered against Fred McKee and the National Surety Company as sureties on the appeal bond.